## DECLARATION OF JULIAN ANDERSON

I, Julian Anderson, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Senior Trooper with the Louisiana State Police and am assigned to Troop G;
2. I was a part of the LSP MFF Team;
3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;
4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al, Case No. 3:17-CV-436; and Lisa Batiste Swilley v. City of Baton Rouge, et al, Case No. 17-cv-443;*
5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:
   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;
   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.
6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.
7. The foregoing allegations concerning me are all incorrect, to wit:
8. On July 8, 2016, I was on duty, stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;
9. On July 9, 2016, I was on duty, stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;
10. On July 10, 2016, I was on duty, stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors; Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

{00893072 - v1}

**EXHIBIT**

1

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this _15_ day of _April_, 2019

Trooper Julian Anderson

## DECLARATION OF BERNARD BINGHAM

I, Bernard Bingham, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Trooper with the Louisiana State Police and am assigned to Troop G;

2. At all relevant times hereto, I was part of the LSP MFF Team;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky  v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443.

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   - July 9, 2016: Plaintiffs Smith and Benjamin on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 9, 2016, I was on duty stationed at Airline Highway near Baton Rouge Police Head Quarters. However, I did not detain, arrest, or assist in the detention or arrest of any protestors nor gave any orders regarding any protestors;

9. On July 10, 2016, I was on duty stationed at East Blvd. and France St. However, I did not detain, arrest, or assist in the detention or arrest of any protestors nor gave any orders regarding any protestors. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

10. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

11. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this *2nd* day of *November*, 2017

*Tpr Bernard Bingham #2577*

Bernard Bingham

## DECLARATION OF JACOB BROWN

I, Jacob Brown, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Trooper with the Louisiana State Police assigned to Troop F;
2. I was also part of the LSP Mobile Field Force (MFF);
3. The LSP MFF and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;
4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;
5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:
   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;
   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.
6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.
7. The foregoing allegations concerning me are all incorrect, to wit:
8. On July 10, 2016, I was on duty, stationed at Headquarters. I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;
9. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 18 day of April, 2019

Trooper Jacob Brown

## DECLARATION OF STEVEN BUNCH

I, Steven Bunch, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Technician with the Louisiana State Police and am assigned to Emergency Services Unit;

2. I am not a current member of the LSP MFF Team or the SWAT Team;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that I, between 6p.m and 9p.m. on July 10th,

   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or

   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty, stationed at the Baton Rouge Mayor's Office of Homeland Security and Emergency Preparedness (MOHSEP). I had no physical contact with the protestors involved in the above mentioned lawsuits. I did not detain, arrest, or assist in the detentions, arrests, custody transfers, processing or jailing of any protestors, nor gave any orders regarding the detention, arrest, custody transfers, processing or jailing of any protestors;

9. On July 9, 2016, I was on duty, stationed at the Baton Rouge Mayor's Office of Homeland Security and Emergency Preparedness (MOHSEP). I had no physical contact with the protestors involved in the above mentioned lawsuits. I did not detain, arrest, or assist in the detentions, arrests, custody transfers, processing or jailing of any protestors,

{00720294 - v1}

nor gave any orders regarding the detention, arrest, custody transfers, processing or jailing of any protestors;

10. On July 10, 2016, I was on duty, stationed at St. Ferdinand Street and Penalver Street. I had no physical contact with protestors involved in the above mentioned lawsuits. I did not detain, arrest, or assist in the detentions, arrests, custody transfers, processing or jailing of any protestors, nor gave any orders regarding the detention, arrest, custody transfers, processing or jailing of any protestors. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this ~~11~~ day of ~~January, 2018.~~ APRIL, 2019

TECA ~~[signature]~~ 2421
_____
Steven Bunch

{00720294 - v1}

# DECLARATION OF MURRAY BUQUET

I, Murray Buquet, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Sergeant with the Louisiana State Police and am assigned to Troop C;

2. I was a part of the LSP MFF Team;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste-Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   • July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

   • July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

   • July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I

   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or

   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty in the area of some protestors and I was assigned to an arrest team. However, I had no contact with any of the plaintiffs. I did not detain, arrest or assist in the detention or arrest of any of the plaintiffs. I was not involved in any detentions, arrests, custody transfers, processing, or jailing of any of the plaintiffs, and gave no orders regarding the arrest, custody transfers, processing or jailing of any of the plaintiffs;

9. On July 9, 2016, I was on duty in the area of some protestors and I was assigned to an arrest team. However, I had no contact with any of the plaintiffs. I did not detain, arrest or assist in the detention or arrest of any of the plaintiffs. I was not involved in any detentions, arrests, custody transfers, processing, or jailing of any of the plaintiffs, and

gave no orders regarding the arrest, custody transfers, processing or jailing of any of the plaintiffs;

10. On July 10, 2016, I was on duty in the area of some protestors and I was assigned to an arrest team. However, I had no contact with any of the plaintiffs. I did not detain, arrest or assist in the detention or arrest of any of the plaintiffs. I was not involved in any detentions, arrests, custody transfers, processing, or jailing of any of the plaintiffs, and gave no orders regarding the arrest, custody transfers, processing or jailing of any of the plaintiffs. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any of the plaintiffs;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this __4__ day of __APRIL__, 2019

_SGT. Murray Buquet 1953_
Sergeant Murray Buquet

# DECLARATION OF LOUIS CALATO

I, Louis Calato, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Lieutenant with the Louisiana State Police assigned to Troop L;
2. I was also a part of the LSP SWAT Team, where I served as a negotiator;
3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;
4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al,* Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al,* Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al,* Case No. 3:17-cv-179-JWD-EWD;
5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:
   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;
   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.
6. It is further alleged that I, between 6p.m and 9p.m. on July 10th,
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.
7. The foregoing allegations concerning me are all incorrect, to wit:
8. On July 8, 2016, I was on duty at LSP Headquarters. I was not present at any protest location, had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;
9. On July 9, 2016, I was on duty stationed at Airline Highway. However I was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;
10. On July 10, 2016, I was on duty at LSP Headquarters. I was not present at any protest location, had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors. Further, I did not physically enter, invade or remain on Plaintiff Batiste-

Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this _8_ day of _April_, 2019

Lieutenant Louis Calato

## DECLARATION OF KEVIN CANNATELLA

I, Kevin Cannatella, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Lieutenant with the Louisiana State Police and am assigned to the Crisis Response Mobile Field Force;

2. I am also part of the LSP MFF Team where I serve as a Commander;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty, stationed at the LSP Training Academy assigned to the Mobile Field Force. I was deployed to the intersection Airline and Goodwood to assist Baton Rouge Police Department. I was not on an arrest team. I did not detain, arrest, or assist in the detentions, arrests, custody transfers, processing or jailing of any protestors, nor gave any orders regarding the detention, arrest, custody transfers, processing or jailing of any protestors;

9. On July 9, 2016, I was on duty, stationed at LSP Training Academy and assigned to LSP MFF; I was released from duty after morning briefings, and was sent home. I was not on an arrest team. I did not detain, arrest, or assist in the detentions, arrests, custody

transfers, processing or jailing of any protestors, nor gave any orders regarding the detention, arrest, custody transfers, processing or jailing of any protestors

10. On July 10, 2016, I was re-activated for duty and stationed at the LSP Training Academy. I was not on an arrest team. I did not detain, arrest, or assist in the detentions, arrests, custody transfers, processing or jailing of any protestors, nor gave any orders regarding the detention, arrest, custody transfers, processing or jailing of any protestors; Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property.

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 9th day of MAY, 2019

#1201

Lieutenant Kevin Cannatella

# DECLARATION OF SAMUEL CAPACI

I, Samuel Capaci, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Sergeant with the Louisiana State Police and am assigned to Troop A (SC)

2. I am also part of the LSP MFF Team;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;
   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that I, between 6p.m and 9p.m. on July 10th,

   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or

   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was stationed at Goodwood at Airline and on standby at the LSP Training Academy. I was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;

9. On July 9, 2016, I was stationed at Goodwood at Airline and on standby at the LSP Training Academy. I was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;;

10. On July 10, 2016, I was off duty. I was not present at any protest location, and gave no orders to any other law enforcement personnel working at a protest location. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this ____ day of _____, 2019

Sergeant Samuel Capaci

## DECLARATION OF BRITTANY CAUGHLIN

I, Brittany Caughlin, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Trooper with the Louisiana State Police assigned to Troop C;

2. In July 2016, I was also part of the LSP Mobile Field Force (MFF), where I served as a Medic. I am presently serving on the LSP SWAT Team;

3. The LSP MFF and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al,* Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al,* Case No. 17-CV-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al,* Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street

6. It is further alleged that I, between 6p.m and 9p.m. on July 10th,

   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or

   b) Provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty. I was stationed well behind and MFF/SWAT deployment (line). I was not assigned to an arrest team. I was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors. My work consisted of providing medical care as needed;

9. On July 9, 2016, I was on duty. I was stationed well behind and MFF/SWAT deployment (line). I was not assigned to an arrest team. I did not detain, arrest, or assist in the detention or arrest of any protestors nor gave any orders regarding any protestors. My work consisted of providing medical care as needed;

10. On July 10, 2016, I was on duty. I was stationed well behind and MFF/SWAT deployment (line). I was not assigned to an arrest team. I did not detain, arrest, or assist

in the detention or arrest of any protestors nor gave any orders regarding any protestors. My work that day consisted of providing medical care as needed; Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this _5_ day of __MAY__, 2019

_Tpr ____ 2639_
Trooper Brittany Caughlin

## DECLARATION OF JUSTIN CHIASSON

I, Justin Chiasson, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Senior Trooper, with the Louisiana State Police assigned to Troop L;

2. I was also part of the LSP SWAT Team;

3. The LSP MFF and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty stationed at Headquarters in Baton Rouge, LA. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding the arrest, transfer, processing or jailing of any protestors;

9. On July 9, 2016, I was on duty stationed at Headquarters in Baton Rouge, LA. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding the arrest, transfer, processing or jailing of any protestors;

10. On July 10, 2016, I was not on duty. I did not deploy. I did not detain, arrest, or assist in the detention or arrest of any protestors nor gave any orders regarding any protestors. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's

{00886256 - v1}

property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 15 day of April, 2019

Senior Trooper Justin Chiasson

## DECLARATION OF WILLIAM B. COOK

I, William B. Cook, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Trooper with the Louisiana State Police and am assigned to Troop A; I have been a member for 5 years;

2. I am also part of the LSP MFF Team;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty, stationed at LSP Headquarters. However I was not assigned to an arrest team. My work that day consisted of being on the line for a couple hours. I did not detain, arrest, or assist in the detention or arrest of any protestors nor gave any orders regarding any protestors;

9. On July 9, 2016, I was not on duty and at home. I was not present at any protest location, and gave no orders to any other law enforcement personnel working at a protest location;

10. On July 10, 2016, I was on duty, stationed at LSP Headquarters all day and did deploy. I did not detain, arrest, or assist in the detention or arrest of any protestors nor gave any orders regarding any protestors. Further, I was not deployed to the area of Plaintiff

Batiste-Swilley's property. Therefore, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this _8_ day of _May_____, 2019

_____
Trooper William B. Cook

# DECLARATION OF BRIAN COGHLAN

I, Brian Coghlan, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Trooper with the Louisiana State Police assigned to Troop E;

2. I am also part of the LSP Mobile Field Force (MFF);

3. The LSP MFF and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;
   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding the arrest, transfer, processing or jailing of any protestors;

9. On July 9, 2016, I was on duty stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding the arrest, transfer, processing or jailing of any protestors;

10. On July 10, 2016, I was on duty stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding the arrest, transfer,

processing or jailing of any protestors. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this _15_ day of _April_ 2019

_Tpr_ _#2643_ _LSP·E_
Trooper Brian Coghlan

# DECLARATION OF JERRY COX

I, Jerry Cox, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Trooper with the Louisiana State Police and am assigned to Troop G;

2. I am also part of the LSP MFF Team;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al,* Case No. 3:17-CV-436; and *Lisa Batiste-Swilley v. City of Baton Rouge, et al,* Case No. 17-cv-443;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   • July 9, 2016: Plaintiffs Smith and Benjamin, on Airline Highway; and

   • July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 10, 2016, I was on duty in the area of East/France Streets. I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

9. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 8th day of May, 2019

Trooper Jerry Cox #252

## DECLARATION OF MARK DENNIS

I, Mark Dennis, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Sergeant with the Louisiana State Police assigned to Troop F;
2. I am also part of the LSP Mobile Field Force (MFF);
3. The LSP MFF and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;
4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all pending in the United States District Court for the Middle District of Louisiana: *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443;
5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:
   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;
   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.
6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.
7. The foregoing allegations concerning me are all incorrect, to wit:
8. On July 8, 2016, I was not on duty. I did not deploy. I did not detain, arrest, or assist in the detention or arrest of any protestors nor gave any orders regarding any protestors;
9. On July 10, 2016, I was on duty stationed at France and East. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding the arrest, transfer, processing or jailing of any protestors. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;
10. At no point during the July 8 and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;
11. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 20TH day of March, 2019

_Sgt Mark Dennis 5490_

Sergeant Mark Dennis

{00886334 - v1}

## DECLARATION OF MARK DENNIS

I, Mark Dennis, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Sergeant with the Louisiana State Police assigned to Troop F;

2. I am also part of the LSP Mobile Field Force (MFF);

3. The LSP MFF and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all pending in the United States District Court for the Middle District of Louisiana: *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   • July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

   • July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

   • July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m. and 9p.m. on July 10th, I

   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or

   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was not on duty. I did not deploy. I did not detain, arrest, or assist in the detention or arrest of any protestors nor gave any orders regarding any protestors;

9. On July 10, 2016, I was on duty stationed at France and East. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding the arrest, transfer, processing or jailing of any protestors. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

10. At no point during the July 8 and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

11. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 20TH day of ___March___, 2019

_____Sgt Maddens Jean_____
Sergeant Mark Dennis

## DECLARATION OF ROBERT DOWNS

I, Robert Downs, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Master Trooper with the Louisiana State Police and am assigned to Troop A;

2. I am also part of the LSP MFF Team;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I

   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or

   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty, stationed at ___LSP Headquarters___. However, I was not assigned to an arrest team. I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;

9. On July 9, 2016, I was on duty, stationed at ___LSP Headquarters___. However, I was not assigned to an arrest team. I did not detain, arrest, or assist in the detention or arrest of any protestors nor gave any orders regarding any protestors;

10. On July 10, 2016, I was not on duty. I was not present at any protest location, and gave no orders to any other law enforcement personnel working at a protest location. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.
Executed this 12 day of March, 2019

Master Trooper Robert Downs

{00692818 - v1}

# DECLARATION OF DAVID EASLEY

I, David Easley, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Senior Trooper with the Louisiana State Police and am assigned to Troop B;
2. I am also part of the LSP SWAT Team;
3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;
4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;
5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:
   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;
   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.
6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.
7. The foregoing allegations concerning me are all incorrect, to wit:
8. On July 8, 2016, I was on duty, stationed at Airline & Goodwood. However I was not assigned to an arrest team. I was not present at any protest location, had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors. My work that day consisted of standing in formation when ordered;
9. On July 9, 2016, I was on duty, stationed at Airline & Goodwood. However I was not assigned to an arrest team. I did not detain, arrest, or assist in the detention or arrest of any protestors nor gave any orders regarding any protestors. My work that day consisted of standing in formation when ordered;
10. On July 10, 2016, I was not on duty. I was not present at any protest location, and gave no orders to any other law enforcement personnel working at a protest location. Further,

I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 13th day of March, 2019

s/T D. Easley

David Easley

## DECLARATION OF TILDEN "TREY" ELLIOTT

I, Tilden "Trey" Elliott, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Sergeant with the Louisiana State Police and am assigned to Troop B; I have been a member for 14 years;

2. I am also part of the LSP MFF Team, where I currently serve as a Squad Leader;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;
   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty, stationed on the line at Airline and Goodwood, serving as a MFF Operator (Lineman). However, I had no physical contact with the protestors in the above mentioned lawsuits, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding the arrest, transfer, processing or jailing of any protestors;

9. On July 9, 2016, I was on duty, stationed at State Police Headquarters. I did not deploy, I had no physical contact with the protestors in the above mentioned lawsuits, I was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding the arrest, transfer, processing or jailing of any protestors;

{00717709 - v1}

10. On July 10, 2016, I was not on duty and was at home. I was not present at any protest location, and gave no orders to any other law enforcement personnel working at a protest location. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this _15th_ day of January, 2018.

_Sgt. Ty Elliott_
Sergeant Tilden "Trey" Elliott

## DECLARATION OF CHAD GUIDRY

I, Chad Guidry, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1.  I am a Lieutenant with the Louisiana State Police and am assigned to Troop N;

2.  I am also part of the LSP SWAT Team;

3.  The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4.  I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5.  It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

    - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

    - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

    - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6.  It is further alleged that between 6p.m and 9p.m. on July 10th, I
    a)  physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
    b)  provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7.  The foregoing allegations concerning me are all incorrect, to wit:

8.  On July 8, 2016, I was on duty. I was stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;

9.  On July 9, 2016, I was on duty. I was stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;

10. On July 10, 2016, I was on duty. I was stationed at Headquarters. However, I did not detain, arrest, or assist in the detention or arrest of any protestors nor gave any orders regarding any protestors. Further, I did not physically enter, invade or remain on Plaintiff

Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this _1st_ day of _May_, 2019

Lieutenant Chad Guidry

# DECLARATION OF STEPHEN HAMMONS

I, Stephen Hammons, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Sergeant with the Louisiana State Police assigned to the Mobile Field Force;

2. I am also part of the LSP MFF Team as Statewide Operations Sargent. I was formerly a Statewide Logistics Coordinator which meant that I was responsible for securing and distributing food, water, and other supplies for SWAT and MFF while they are activated;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, that I (a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and (b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty, stationed at LSP Head Quarters. I did not deploy. I was not present at any protest location, had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors. My work that day consisted of coordinating the dissemination of food, water and supplies;

9. On July 9, 2016, I was on duty, stationed at LSP Head Quarters. I did not deploy. I was not present at any protest location, had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors. My work that day consisted of coordinating the dissemination of food, water and supplies;

{00890763 - v1}

10. On July 10, 2016, I was on duty, stationed at LSP Head Quarters. I did not deploy.  I was not present at any protest location, and gave no orders to any other law enforcement personnel working at a protest location. My work that day consisted of coordinating the dissemination of food, water and supplies.  And I never entered, invaded or remained on Plaintiff Batiste-Swilley's property nor did I provide assist anyone in to entering, invading or remaining on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 5 day of April, 2019

Sergeant Stephen Hammons

## DECLARATION OF JOSEPH HASSELBECK

I, Joseph Hasselbeck, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Lieutenant with the Louisiana State Police and am assigned to Crisis Response;

2. I am also part of the LSP SWAT Team;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al,* Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al,* Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al,* Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I

   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or

   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty stationed at State Police Headquarters. I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding the arrest, transfer, processing or jailing of any protestors.

9. On July 9, 2016, I was on duty stationed at State Police Headquarters and at Baton Rouge Police Head Quarters. I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding the arrest, transfer, processing or jailing of any protestors.

10. On July 10, 2016, I was on duty stationed at State Police Headquarters and at the intersection of East Blvd. and France St. I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any

protestors, and gave no orders regarding the arrest, transfer, processing or jailing of any protestors. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 21 day of March , 2019

Lt. Joseph J. Hasselbeck
Lieutenant Joseph Hasselbeck

{00886311 - v1}

# DECLARATION OF JEFFREY HOLLEY

I, Jeffrey Holley, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Master Trooper with the Louisiana State Police and am assigned to Investigative Support (ISS);

2. I am also part of the LSP SWAT Team as an Operator;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty, stationed at Airline and Goodwood. However, I was not assigned to an arrest team. I was present at the protest location, but had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;

9. On July 9, 2016, I was on duty, but I did not deploy. Further, I did not detain, arrest, or assist in the detention or arrest of any protestors nor gave any orders regarding any protestors;

10. On July 10, 2016, I was on duty, but I did not deploy. Further, I did not detain, arrest, or assist in the detention or arrest of any protestors nor gave any orders regarding any protestors. In addition, I did not physically enter, invade or remain on Plaintiff Batiste-

Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this _10th_ day of ___May___, 2019

Master Trooper Jeffrey Holley

# DECLARATION OF RICHARD HORTON

I, Richard Horton, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I was a Trooper with the Louisiana State Police and am assigned to Troop E;

2. I was also part of the LSP MFF Team;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al, Case No. 3:17-CV-436; Lisa Batiste Swilley v. City of Baton Rouge, et al, Case No. 17-cv-443; and Leroy Tennart, et al, v. City Of Baton Rouge, et al, Case No. 3:17-cv-179-JWD-EWD;*

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty. However, I was not assigned to an arrest team. I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;

9. On July 9, 2016, I was on duty. However, I was not assigned to an arrest team. I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;

10. On July 10, 2016, I was on duty. However, I was not assigned to an arrest team. I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any

protestors; Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this __5__ day of ___June___, 2019

Richard Horton

## DECLARATION OF JONATHAN JAMES

I, Jonathan James, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Trooper with the Louisiana State Police and am assigned to Troop C;
2. I was a part of the LSP MFF Team;
3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;
4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al,* Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al,* Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al,* Case No. 3:17-cv-179-JWD-EWD;
5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:
   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;
   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.
6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.
7. The foregoing allegations concerning me are all incorrect, to wit:
8. On July 8, 2016, I was on duty, stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding the arrest, transfer, processing or jailing of any protestors;
9. On July 9, 2016, I was on duty, stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding the arrest, transfer, processing or jailing of any protestors;
10. On July 10, 2016, I was on duty, stationed at Headquarters. However, had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding the arrest, transfer,

{00890676 - v1}

processing or jailing of any protestors. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 5ᵗʰ day of April , 2019

Trooper Jonathan James

# DECLARATION OF CHRIS JORDAN

I, Chris Jordan, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Sergeant with the Louisiana State Police and am assigned to the Patrol Troop F;
2. I was the sniper coordinator for the LSP SWAT Team;
3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;
4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al. v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;
5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:
   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;
   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.
6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.
7. The foregoing allegations concerning me are all incorrect, to wit:
8. On July 8, 2016, I was on duty, stationed at Airline & Goodwood. I was in the area of a protest but I was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors.
9. On July 9, 2016, I was on duty, stationed at Airline & Goodwood. I did detain, arrest, or assist in the detention or arrest of certain protestors but they are not plaintiffs in these suits. nor gave any orders regarding any protestors;
10. On July 10, 2016, I was on duty, but not deployed. I was not in the area of any protests. I did not detain, arrest, or assist in the detention or arrest of any protestors nor gave any orders regarding any protestors. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 18 day of March, 2019

Sgt. Chris Jordan

## DECLARATION OF BYRON JUNEAU

I, Byron Juneau, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Master Trooper with the Louisiana State Police and am assigned to Troop E;
2. I am also part of the LSP MFF Team;
3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;
4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al, Case No. 3:17-CV-436; and Lisa Batiste Swilley v. City of Baton Rouge, et al, Case No. 17-cv-443;*
5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:
    - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;
    - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and
    - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.
6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
    a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
    b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.
7. The foregoing allegations concerning me are all incorrect, to wit:
8. On July 8, 2016, I was on duty, stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;
9. On July 9, 2016, I was on duty, stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;
10. On July 10, 2016, I was on duty, stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 2 day of April, 2019

Trooper BYRON JUNEAU

## DECLARATION OF CHRISTOPHER KELLEY

I, Christopher Kelley, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Trooper with the Louisiana State Police and am assigned to Troop E;

2. I am also part of the LSP MFF Team;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste-Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   • July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

   • July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

   • July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I

   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or

   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty, stationed at Headquarters, and was in the area of some protestors. However I was not assigned to an arrest team. I had no contact with any protestors. I did not detain, arrest or assist in the detention or arrest of any protestors. I was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding the arrest, custody transfers, processing or jailing of any protestors;

9. On July 9, 2016, I was on duty, stationed at Headquarters, and was in the area of some protestors. However, I was not assigned to an arrest team. I had no contact with protestors. I did not detain, arrest, or assist in the detentions, arrests, custody transfers, processing or jailing of any protestors, nor gave any orders regarding the detention, arrest, custody transfers, processing or jailing of any protestors;

10. On July 10, 2016, I was on duty, stationed at Headquarters, and was in an area near some protestors. However, I was not assigned to an arrest team. I did not detain, arrest, or assist in the detention or arrest of any protestors nor gave any orders regarding the detention, arrest custody transfers processing or jailing of any protestors. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 27 day of MARCH 2019

Trooper Christopher Kelley

{00890815 - v1}

## DECLARATION OF JOHN CHRISTOPHER KELLY

I, John Christopher Kelly, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a retired Senior Trooper with the Louisiana State Police and was assigned to Troop G when I retired; at the time of the protests I was a Trooper First Class with the Lousiiana State Police and was also assigned to Troop G.

2. I was also part of the LSP MFF Team;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al, Case No. 3:17-CV-436; Lisa Batiste Swilley v. City of Baton Rouge, et al, Case No. 17-cv-443; and Leroy Tennart, et al, v. City Of Baton Rouge, et al, Case No. 3:17-cv-179-JWD-EWD;*

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:
   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;
   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty. I was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;

9. On July 9, 2016, I was on duty. I was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;

10. On July 10, 2016, I was on duty. I do not recall specifically physically entering, invading or remaining on Plaintiff Batiste-Swilley's property but cannot say with absolutely

certainty that I did not step foot onto her yard. Further, I did not provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8 and 9, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 5 day of June, 2019

_____
John Christopher Kelly

## DECLARATION OF TYLER LATIOLAIS

I, Tyler Latiolais, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Trooper with the Louisiana State Police and am assigned to Protective Services;
2. I was a part of the LSP MFF Team;
3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;
4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;
5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:
   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;
   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.
6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.
7. The foregoing allegations concerning me are all incorrect, to wit:
8. On July 8, 2016, I was on duty and stationed at Headquarters. I was in the area of some protests. However I was not assigned to an arrest team. I had no contact with any protestors. I did not detain, arrest or assist in the detention or arrest of any protestors. I was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding the arrest, custody transfer, processing or jailing of any protestors;
9. On July 9, 2016, I was on duty and stationed at Headquarters. I was in the area of some protests. However, I was not assigned to an arrest team. I had no contact with protestors. I did not detain, arrest, or assist in the detentions, arrests, custody transfer, processing or jailing of any protestors, nor gave any orders regarding the detention, arrest, custody transfer, processing or jailing of any protestors;

10. On July 10, 2016, I was on duty and stationed at Headquarters. I was in the area of some protests. However, I was not assigned to an arrest team. I did not detain, arrest, or assist in the detention or arrest of any protestors nor gave any orders regarding the detention or arrest of any protestors. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this _10_ day of _APRIL_, 2019

Tyler Latiolais

## DECLARATION OF MARTIN S. MAYON, JR.

I, Martin S. Mayon, Jr., am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Master Trooper with the Louisiana State Police and am assigned to Troop A;

2. I am also part of the LSP MFF Team;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I

   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or

   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty. I was stationed at the corner of Airline and Goodwood. However I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;

9. On July 9, 2016, I was not on duty. I did not deploy. I was not present at any protest location, and gave no orders to any other law enforcement personnel working at a protest location;

10. On July 10, 2016, I was not on duty. I did not deploy. I was not present at any protest location, and gave no orders to any other law enforcement personnel working at a protest location. Further, I did not physically enter, invade or remain on Plaintiff Batiste-

Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 21 day of March , 2019

MARTIN S. MAYON, JR.

## DECLARATION OF HUEY MCCARTNEY

I, Huey McCartney, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I was a Trooper First Class with the Louisiana State Police and was assigned to Troop A (but temporarily detailed to Operational Development) during the July 8-10 2016 protests in Baton Rouge, LA. I am currently a Sergeant assigned to Operational Development;

2. I was also part of the LSP MFF Team;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:
   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;
   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty. I was stationed at Louisiana State Police Headquarters for most of the day before I was sent to Airline Highway and Goodwood Blvd. for several (2-4) hours in the evening. I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;

9. On July 9, 2016, I was on duty at LSP Headquarters until 11:00 AM, when I was sent home to rest. I did not deploy to a protest location. I did not detain, arrest, or assist in the detention or arrest of any protestors nor gave any orders regarding any protestors;

10. On July 10, 2016, I was home for most of the day and not on duty until 7:00 PM, when I reported to LSP Headquarters. I remained at LSP Headquarters (on standby) throughout the night and until I was sent home on the evening of Monday, July 11. I was not present at any protest location, and gave no orders to any other law enforcement personnel working at a protest location. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. During this timeframe, I was never at any protest location other than Airline Highway at Goodwood Blvd. on the evening of Friday, July 8, 2016. When I was at Airline Highway and Goodwood Blvd, I did not witness the stop, detention, or arrest of any person;

12. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

13. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this _15_ day of _March_, 2019

_Sst _____ #2450_

Sergeant Huey McCartney

## DECLARATION OF TODD CHRISTOPHER MCCONNELL

I, Todd McConnell, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Trooper First Class with the Louisiana State Police and am assigned to Gaming in New Orleans, LA;

2. I am also part of the LSP MFF Team;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:
   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;
   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty. I was stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;

9. On July 9, 2016, I was not on duty. I was stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;

10. On July 10, 2016, I was on duty. I was stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody

{00893206 - v1}

transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors. Further, I was not deployed to the area of East/France Streets where Batiste-Swilley's property is located. Therefore, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this __18__ day of __April__, 2019

Trooper First Class Todd Christopher McConnell

## DECLARATION OF TODD MICHAEL MCCONNELL

I, Todd McConnell, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Trooper with the Louisiana State Police and am assigned to Troop L;

2. I am also part of the LSP MFF Team;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 9, and 10, 2016, I was not in Baton Rouge, Louisiana. Therefore, I was not present at any protest location.

9. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

10. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this _2_ day of ___May___, 2019

_____
Trooper Todd Michael McConnell

## DECLARATION OF JAMES MCGEHEE

I, James McGehee, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Trooper First Class with the Louisiana State Police and am assigned to Troop A;

2. I am also part of the LSP MFF Team;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al,* Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al,* Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al,* Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   • July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

   • July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

   • July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I

   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or

   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty, I was stationed at Headquarters. However I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;

9. On July 9, 2016, I was on duty. I was stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors; .

10. On July 10, 2016, I was not on duty. I did not deploy. I was not present at any protest location, and gave no orders to any other law enforcement personnel working at a protest location. Further, I did not physically enter, invade or remain on Plaintiff Batiste-

Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this __1st__ day of __April__, 2019

S.T. J. M_____ 2451

Trooper First Class James McGehee

# DECLARATION OF JODY MORVANT

I, Jody Morvant, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Senior Trooper with the Louisiana State Police and am assigned to Troop E;
2. I was also part of the LSP MFF Team;
3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;
4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; and *Lisa Batiste-Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443;
5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:
   - July 9, 2016: Plaintiffs Smith and Benjamin, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.
6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.
7. The foregoing allegations concerning me are all incorrect, to wit:
8. On July 10, 2016, I was on duty in the area of Government near France and East. However, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;
9. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this _10th_ day of _April_, 2019

ST _____ 2343

Senior Trooper Jody "David" Morvant

# DECLARATION OF MURPHY PAUL

I, Murphy Paul, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am the Chief of Police of the Baton Rouge Police Department. I was formerly a Lt. Colonel with the Louisiana State Police and was assigned to the Bureau of Investigations, where I was the Deputy Superintendent;

2. I was not a part of the LSP MFF Team nor the LSP SWAT Team;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty. I was stationed at the Emergency Operations Center in Baton Rouge. I was not present at any protest locations. I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;

9. On July 9, 2016, I was on duty. I was stationed at the Emergency Operations Center in Baton Rouge. I was not present at any protest locations. I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;

10. On July 10, 2016, I was on duty. I was stationed at the Emergency Operations Center in Baton Rouge. I was not present at any protest locations. I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors; Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 22 day of APRIL , 2019

_____
Chief of Police, Murphy Paul

## DECLARATION OF JOEY SCHOUEST

I, Joey Schouest, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Senior Trooper with the Louisiana State Police and am assigned to Troop C;
2. I am also part of the LSP MFF Team;
3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;
4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;
5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:
   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;
   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.
6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.
7. The foregoing allegations concerning me are all incorrect, to wit:
8. On July 8, 2016, I was on duty. I was stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;
9. On July 9, 2016, I was on duty. I was stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;
10. On July 10, 2016, I was on duty. I was stationed at Headquarters. However, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any

protestors. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 30ᵗʰ day of _May_, 2019

Senior Trooper Joey Schouest

# DECLARATION OF BURNELL THOMPSON

I, Burnell Thompson, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Trooper First Class, with the Louisiana State Police and am assigned to Troop A;
2. I was a part of the LSP MFF Team;
3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;
4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;
5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:
   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;
   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.
6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.
7. The foregoing allegations concerning me are all incorrect, to wit:
8. On July 8, 2016, I was on duty, and I was stationed at Headquarters. However I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;
9. On July 9, 2016, I was not on duty. I did not deploy. Therefore, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors;
10. On July 10, 2016, I was not on duty. I did not deploy. Therefore, I had no contact with any protestors, was not involved in any detentions, arrests, custody transfers, processing, or jailing of any protestors, and gave no orders regarding any protestors. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I

provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 20 day of May 2019

Trooper First Class Burnell Thompson

## DECLARATION OF PHILLIP VANGESSEL

I, Phillip VanGessel, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Trooper with the Louisiana State Police and am assigned to Troop G;
2. I am also part of the LSP MFF Team;
3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;
4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; and *Lisa Batiste-Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443;
5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:
   - July 9, 2016: Plaintiffs Smith and Benjamin, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.
6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.
7. The foregoing allegations concerning me are all incorrect, to wit:
8. On July 9, 2016, I was on duty at Airline Highway. However, I had no contact with protestors. I did not detain, arrest, or assist in the detentions, arrests, custody transfers, processing or jailing of any protestors, nor gave any orders regarding the detention, arrest, custody transfers, processing or jailing of any protestors;
9. On July 10, 2016, I was on duty at Government and France Streets. However, I had no contact with protestors. I did not detain, arrest, or assist in the detentions, arrests, custody transfers, processing or jailing of any protestors, nor gave any orders regarding the detention, arrest, custody transfers, processing or jailing of any protestors. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;
10. At no point during the July 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;
11. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 07 day of May, 2019

Trooper Phillip VanGessel

## DECLARATION OF RICHARD WATSON

I, Richard Watson, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Senior Trooper with the Louisiana State Police and am assigned to Troop I;

2. I am also part of the LSP MFF Team where I serve as 2nd Platoon Squad Leader;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   • July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;

   • July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and

   • July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is alleged that between 6p.m and 9p.m. on July 10th, I

   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or

   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty, stationed at Headquarters. However, I had no contact with protestors. I did not detain, arrest, or assist in the detentions, arrests, custody transfers, processing or jailing of any protestors, nor gave any orders regarding the detention, arrest, custody transfers, processing or jailing of any protestors;

9. On July 10, 2016, I was on duty, stationed at Headquarters and did not leave Headquarters that day. Therefore, I had no contact with protestors. I did not detain, arrest, or assist in the detentions, arrests, custody transfers, processing or jailing of any protestors, nor gave any orders regarding the detention, arrest, custody transfers, processing or jailing of any protestors. Further, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

10. At no point during July 8 or 10, 2016 did I plan, participate in, supervise, or call for the detention or arrest of any protestor.

11. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this ___1___ day of __April__, 2019

_Senior Trooper Richard Watson_

{00596414 - v1}

# DECLARATION OF FRANCIS WOODS

I, Francis Woods, am over the age of 18 and declare under penalty of perjury that these facts are true and correct:

1. I am a Trooper First Class, with the Louisiana State Police and am assigned to Troop I;

2. I was a part of the LSP MFF Team;

3. The LSP Mobile Field Force (MFF) and SWAT Team were activated and called to service on July 8-10, 2016, relative to protests in Baton Rouge, LA;

4. I have reviewed the complaints, including the allegations against me, in the following lawsuits, all of which are pending in the United States District Court for the Middle District of Louisiana: *Nikole Smith, Sean Benjamin, Lubin Gilbert, and Sophie Kosofsky v. City of Baton Rouge, et al*, Case No. 3:17-CV-436; *Lisa Batiste Swilley v. City of Baton Rouge, et al*, Case No. 17-cv-443; and *Leroy Tennart, et al, v. City Of Baton Rouge, et al*, Case No. 3:17-cv-179-JWD-EWD;

5. It is alleged in these lawsuits that I participated in the detentions, arrests, custody transfers, processing, or jailing of these individuals on the following dates and at the following Baton Rouge locations:

   - July 8, 2016: Plaintiff Harris on the corner of Airline and Goodwood;
   - July 9, 2016: Plaintiffs Smith, Benjamin, Brachell, Brown, Gilbert, Hill, Eddie Hughes, Godavari Hughes (minor), Hutcherson, Deon Tennart, and Leroy Tennart, on Airline Highway; and
   - July 10, 2016: Plaintiff Kosofsky at East/France Streets; and Plaintiff Gilbert at S. 10th Street.

6. It is further alleged that between 6p.m and 9p.m. on July 10th, I
   a) physically entered, invaded, and remained on Plaintiff Batiste-Swilley's property without permission, without a warrant, and without probable cause to do so; and/or
   b) provided support and assistance for other defendants to enter, invade and remain on Plaintiff Batiste-Swilley's property without permission, without warrant, and without probable cause to do so.

7. The foregoing allegations concerning me are all incorrect, to wit:

8. On July 8, 2016, I was on duty, stationed at Headquarters. However, I had no contact with protestors. I did not detain, arrest, or assist in the detentions, arrests, custody transfers, processing or jailing of any protestors, nor gave any orders regarding the detention, arrest, custody transfers, processing or jailing of any protestors;

9. On July 9, 2016, I was on duty, stationed at Headquarters. However, I had no contact with protestors. I did not detain, arrest, or assist in the detentions, arrests, custody transfers, processing or jailing of any protestors, nor gave any orders regarding the detention, arrest, custody transfers, processing or jailing of any protestors;

10. On July 10, 2016, I was on duty, stationed at Headquarters. However, I had no contact with protestors. I did not detain, arrest, or assist in the detentions, arrests, custody transfers, processing or gave any orders regarding the

detention, arrest, custody transfers, processing or jailing of any protestors. Further, I was not present at the protest at East/France Streets where Plaintiff Batiste-Sweilley's property is located. Therefore, I did not physically enter, invade or remain on Plaintiff Batiste-Swilley's property nor did I provide assistance for other defendants to enter, invade or remain on Plaintiff Batiste-Swilley's property;

11. At no point during the July 8, 9, and 10, 2016 time span did I plan, participate in, supervise, or call for the detention or arrest of any protestor;

12. I have never conspired with anyone to violate any person's civil rights.

I declare under penalty of perjury that the foregoing is a true and correct statement.

Executed this 10 day of MAY, 2019

_____
Trooper First Class Francis Woods