UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

---

| | |
|---|---|
| | CASE NO. 3:17-CV 00443-JWD-EWD |
| LISA BATISTE-SWILLEY | |
| v. | JUDGE JOHN W. DEGRAVELLES |
| CITY OF BATON ROUGE, ET AL | MAG. ERIN WILDER-DOOMES |

---

**DEPOSITION OF LISA BATISTE-SWILLEY**,

taken remotely via Zoom Videoconference,

originating from LEXScribe, Inc., Certified Court

Reporters, on Tuesday, November 16th, 2021,

commencing at 11:03 a.m.

---

*REPORTED BY:*

*JANET CUTRERA, CCR*
*Kelly & Associates, LLC*
*Certified Court Reporters*
*Telephone: (504)891-6333*

ORIGINAL

EXHIBIT 8

```
 1                    A P P E A R A N C E S

 2

 3    Appearing on Behalf of LISA BATISTE-SWILLEY:

 4         MACARTHUR JUSTICE CENTER
           Attorneys at Law
 5         4400 South Carrollton Avenue
           New Orleans, Louisiana  70119
 6
           BY:  JAMES W. CRAIG, ESQ.
 7              HANNAH LOMMERS-JOHNSON, ESQ.

 8         * and *

 9         SHANI MANDISA MOORE
           Attorney at Law
10         8818 Jeannette Street
           New Orleans, Louisiana  70118
11

12    Appearing on Behalf of the CITY OF BATON ROUGE,
      PARISH OF EAST BATON ROUGE, BATON ROUGE POLICE
13    DEPARTMENT, and VARIOUS INDIVIDUAL OFFICERS and
      ELECTED OFFICIALS OF THE CITY/PARISH:
14
           JOSEPH SCOTT
15         Attorney at Law
           222 St. Louis Street, Room 902
16         Baton Rouge, LA 70802

17

18    Appearing on Behalf of MICHAEL EDMONSON, KEVIN
      CANNATELLA, BRITTANY CAUGHLIN, JOHN CLARY, MARK
      DENNIS, JOSEPH DESSENS, IAN DOLLINS, AARON
19    GUILLIAMS, DAVID HAMM, BRENT HARDY, JOSEPH
      HASSELBACK, MATTHEW LEMMONS, HERMAN NEWELL, III,
20    JOEY SCHOUEST, REGINALD TAYLOR and PHILLIP
      VANGESSEL:
21
           BURGLASS & TANKERSLEY, LLC
22         Attorneys at Law
           5213 Airline Drive
23         Metairie, Louisiana  70001-5602

24         BY:  GREGORY C. FAHRENHOLT, ESQ.

25
```

```
 1        A.    No.
 2        Q.    Okay.  Do you recall what you were doing
 3   that day just in general, from you waking up --
 4        A.    No.
 5        Q.    -- and at some point you encounter the
 6   police at your house?
 7        A.    No.  I remember -- here's what I do
 8   remember, what I just -- what I told you, I said
 9   that earlier.  I remember -- the first thing I
10   remember is engaging the police officer and I
11   remember telling someone that I had gone
12   shopping.
13        Q.    Do you remember where you had gone
14   shopping.
15        A.    But I don't know --
16        Q.    Do you actually remember --
17        A.    I don't remember -- I don't remember
18   anything prior to engaging the police officer on
19   Government Street and I can't remember whatever
20   street it was trying to get to my house.  I don't
21   remember.
22        Q.    Okay.  Do you recall who that police
23   officer was?
24        A.    I do not.  All I know, it was a white
25   male in a normal uniform.
```

1     Q.   Do you recall what agency was he was

2 with?

3     A.   BRPD.

4     Q.   Do you recall anything as far as the

5 discussion you actually had with that police

6 officer?

7     A.   I asked him what was going on and could

8 I get through.

9     Q.   Okay.  And what was his response to

10 that?

11     A.   He said there is a -- I don't remember

12 what his exact response was, but I remember

13 acknowledging, "Oh, Okay.  Well, how can I get

14 through?"

15     Q.   Okay.  Do you remember what direction

16 you were coming from?

17     A.   Sorry.  Directions aren't my friend.

18     Q.   Okay.  That's okay.

19     A.   I can tell you that I was approaching --

20 I apologize.  I can tell you I was approaching

21 Government.  The interstate was on my left and

22 Government was in front of me.

23     Q.   Okay.  That's fine.  Do you remember

24 what time of day this was?

25     A.   No.  It was relatively early, but I

1    don't remember.

2         Q.    It was daytime?

3         A.    Oh, yes.

4         Q.    You were allowed to go to your house?

5         A.    Yes.

6         Q.    Okay.  I guess tell me about the scene

7    when you arrived at your house.

8         A.    I -- I honestly don't remember beyond --

9    this is what I remember.

10        Q.    Okay.

11        A.    I drove into my driveway, which is in

12   the rear of the home, went into my home, and it's

13   a -- those houses are shotgun homes, meaning, you

14   know, straight through.  Went into the -- went

15   through the house and went to the front porch

16   because my daughter and a friend of hers were

17   sitting out there.

18        Q.    Okay.

19        A.    And then I started chatting with them.

20        Q.    And were there people gathered in the

21   street at this time?

22        A.    No.  There were people around, I think

23   coming up.  I just can't remember exactly like the

24   number of people.  But it wasn't -- it wasn't

25   anything that struck me, I guess, oddly.

1       Q.    Okay.   Were there police officers in the
2   area?
3       A.    No, not at that time.
4       Q.    Not at that time?
5       A.    Not beyond the police officers that were
6   on -- that I saw on Government.
7       Q.    Okay.   So you get home, you go to the
8   porch, you have a discussion with your daughter.
9   What happens after that?
10      A.    So they must have had people there,
11  because I did ask her -- so anyway, if there were
12  people on France Street and -- yeah.   There were
13  people on France Street and I saw, you know, a few
14  people that I knew.   Somebody said, "Hey,
15  Ms. Lisa," and, you know, just engaging with the,
16  you know, few people that did engage with me at
17  the time (indicating).
18      Q.    Okay.   What was your understanding why
19  they were there?
20      A.    For the protest.
21      Q.    Okay.   Was their intention to protest in
22  that corner?
23      A.    I don't know what their intentions
24  were.
25      Q.    Okay.   During the time that you lived at

1   that home, were there ever public events that

2   occurred on that corner?

3       A.   I'm not sure.  I mean, you know, there

4   were parades and all types of things that happened

5   in that area.  I can't remember anything

6   specifically in that corner, but it doesn't mean

7   that it didn't occur.

8       Q.   Okay.  Did you speak to anyone about

9   where they were going?

10      A.   No.

11      Q.   At any time that you were out there, did

12  you speak to anyone about where they intended to

13  go?

14      A.   No.

15      Q.   Did you think it was a normal thing for

16  people to be gathered at the corner of East and

17  France and to have a standoff with law enforcement

18  at that corner?

19      A.   I wouldn't describe it that way.  Here's

20  what I will tell you.

21      Q.   Okay.

22      A.   I thought it was normal that because the

23  route ended there that there would be people

24  there.  That's --

25      Q.   The route of what?

1      A.    The protest.

2      Q.    Okay.  So your understanding -- and

3  again, I'm just trying to understand what you know

4  or what you remember.  So it's your understanding

5  that there was a protest and that its destination

6  was the corner of East Boulevard and France

7  Street?

8      A.    No, not at that time.

9      Q.    Okay.  Did you understand where the

10  destination was?

11      A.    No.

12      Q.    Okay.  Did you hear at any time that any

13  of the people gathered at that corner were

14  intending to block the interstate?

15      A.    No.  The interstate is not -- that's

16  not -- you can't do that at that space -- like

17  that -- geographically that doesn't make sense.

18      Q.    Are there not multiple entrances or

19  exits from the interstate within blocks of your

20  home?

21      A.    Uh-huh (affirmative response).

22      Q.    Okay.  Why do you think it was

23  geographically -- and I can't recall the word you

24  just used, but why was -- strike that.  Have you

25  heard at any time that those protesters intended

1    to block the interstate?

2          A.    No.

3          Q.    Have you seen any news articles with

4    quotes from you that also referred to protesters

5    wanting to go on the interstate?

6          A.    No.

7          Q.    So is today the first time you've ever

8    heard that protesters were gathered at that corner

9    because they were attempting to block the

10   interstate?

11         A.    No, that's not the first time I've heard

12   it.

13         Q.    Okay.  When did you hear that?

14         A.    In a -- in a news interview from one of

15   the -- I think this gentleman may have been a BRPD

16   police officer, but I'm not sure.

17         Q.    Okay.

18         A.    But I don't know whether he was

19   referencing then or another something that

20   happened on Airline Highway.  I didn't -- I wasn't

21   sure what he was referencing.  I assumed it was

22   the other incident that occurred, something else

23   occurred in Baton Rouge, but I didn't know what he

24   was referencing exactly.

25         Q.    What other incident do you mean?

1       A.    I heard -- I don't know enough about the
2    incident to give you specifics.  I just know that
3    there was something else that occurred in Baton
4    Rouge around that time or related to, and so by
5    the time I heard the newscast that I'm
6    referencing, I just don't -- you know, I'm
7    answering your question from the standpoint of
8    yes, I've heard it, but I have no idea what this
9    gentleman was referencing.
10      Q.    Okay.  So is it fair to say your
11   testimony is you have no idea where the protesters
12   were intending to march?
13      A.    I can't speak to their intentions at
14   all.
15      Q.    Okay.  You didn't have any conversations
16   with anyone, like, "Hey, where are you going?
17   What are you doing"?
18      A.    No.  No.  I mean, no, in terms of the
19   questions you're asking me, no, I don't know what
20   their intentions were.  The most conversations
21   that I had was what I said earlier, you know, when
22   I was, "Hey, Ms. Lisa, how you're doing?  I'm
23   doing good."  And I also knew that there was a
24   protest going on, so I didn't have to ask them
25   whether or not they were protesting.

1    Q.   Okay.  Did you speak with any police
2  officers that were gathered out there at that
3  corner?
4    A.   I did.
5    Q.   Okay.  How many police officers had you
6  spoken to?
7    A.   Well, including the ones that were
8  pushing me against the -- my -- the frame of my
9  home?
10    Q.   Uh-huh (affirmative response).
11    A.   The gentleman that had -- there was one
12  that was directly in front of me, a police officer
13  to the right and left of him and behind him.  Now,
14  whether or not they knew I engaged them or not, I
15  was looking at them and telling them, "This is my
16  home.  I don't want you here."  And then after
17  everything was over, I walked up to someone that I
18  knew, Officer McNeely.
19    Q.   Okay.
20    A.   And spoke to him.
21    Q.   Okay.  The conversation that you just
22  referred to, I assume those occurred after police
23  officers began entering your yard and your
24  property in general, correct?
25    A.   The specific ones I mentioned, yes.

```
 1            Q.    Okay.  Did you have any conversation
 2     with any police officers before that occurred,
 3     before police officers en masse began entering
 4     your lawn?
 5            A.    No.  I didn't have any more
 6     conversations with any police officers prior to
 7     that.
 8            Q.    Other than the people that were gathered
 9     there that were former students, did you speak to
10     any of the other folks that were on your property
11     during this time?
12            A.    Yes.
13            Q.    Do you recall any conversations that you
14     had, specifically?
15            A.    Not really.  I can think about it.
16            Q.    Okay.  And again, I think I already
17     asked this, but you don't recall having any
18     conversations with anyone gathered on your
19     property about the reason that they happened to be
20     in that location?
21            A.    I answered yes.  They sent -- I knew
22     that they were protesting, I mean, so I already
23     knew that that -- that's what it was about, so ...
24            Q.    Okay.
25            A.    I'm not sure --
```

1       Q.    So you knew they were protesting -- and
2   I'm sorry I'm speaking over you.
3       A.    That's okay.  Go ahead.  You're fine.
4   Go ahead.
5       Q.    You knew they were protesting, but you
6   never asked why they were protesting in front of
7   your house?
8       A.    At this -- no.
9       Q.    Okay.
10      A.    I just assumed that they were walking
11  the route that they were given.  And, I mean,
12  whenever you get a permit -- this is my prior
13  knowledge.  This is not my talking to anyone else.
14  Whenever you get a permit from the city to do a
15  protest, they don't just let you protest randomly.
16  They give you a route, so I just assumed that was
17  the route.
18      Q.    Why, to your knowledge, would they give
19  you a route?
20      A.    Why is it?
21      Q.    Yeah.
22      A.    I'm not sure why it is.  It's just --
23  that's just what my knowledge is.  I'm not -- I
24  guess I'm not really sure what it is you're
25  asking.

```
1          Q.    And I'm not trying to confuse you.   And
2     if you don't understand my questions, that's fine.
3     I'll try to rephrase them.
4          A.    Well, it's fine.   I understood your
5     question, but to ask me why I know that, I
6     don't -- I guess it just didn't make sense to me.
7     I'm sorry.   I apologize.   It just didn't make
8     sense.   Like I don't know why I know.
9          I just -- that's the knowledge that I have and
10    I don't recall where I ascertained that knowledge,
11    if that's what the question is.   I just --
12    that's -- I don't -- that's the knowledge that I
13    have.   Sorry.
14         Q.    Okay.   Is it your understanding that the
15    group that was in front of your home had a permit
16    to be there?
17         A.    Yes.
18         Q.    Okay.   And how is it that you gathered
19    that understanding?
20         A.    Because when I came upon the police
21    officer when I was trying to figure out how to get
22    to my house, there were police officers stationed
23    as far as I could see, right, in a specific space
24    and they tried to count traffic and stuff.
25         Q.    Okay.
```

1    A.    That's why I figured it was permitted.

2    Q.    Okay.  Do you know specifically one way

3    or the other whether a permit was actually

4    issued?

5    A.    No.

6    Q.    Okay.

7    A.    I just figured that why would the police

8    actually have barricades and direct -- redirect

9    traffic so that way this could occur if it wasn't

10   a permit.

11   Q.    Okay.  Have you ever heard that there

12   was a march that was permitted, that certain

13   people decided to break away from that?

14   A.    No.

15   Q.    Okay.  Have you ever heard about any

16   groups breaking away from a permitted rally

17   because they wanted to, quote, turn up the

18   temperature?

19   A.    Uh-uh (negative response).

20   Q.    Okay.

21   A.    No.  I'm sorry.  I said -- I was shaking

22   my head.

23   Q.    Oh, that's -- by the end of this, you

24   know, hopefully we'll stop doing all these things,

25   but I promise you we won't.  Did you hear any

1   orders given by police officers to the group of

2   people that was gathered in front of your home?

3        A.   No.

4        Q.   At no time?

5        A.   I don't remember.

6        Q.   Okay.  Do you recall there being a truck

7   out there, like an armored truck, an armored

8   vehicle with a loud speaker giving people

9   commands?

10       A.   Yes.

11       Q.   Okay.  Do you remember any -- do you

12  remember hearing anything specific being said by

13  the officers in that vehicle?

14       A.   No.

15       Q.   Okay.  Did you hear at any time the

16  officers in that vehicle giving people

17  instructions to leave the area?

18       A.   I honestly don't remember.

19       Q.   Okay.

20       A.   What they were saying, I really don't

21  remember.

22       Q.   Okay.  Could you say that police

23  officers didn't give people instructions to leave

24  the area?

25       A.   I honestly just don't remember.

1    Q.    Okay.

2    A.    I'm sorry.  They may have, but not where

3 I could hear.  I mean, I was on my porch the

4 entire time, you know.

5    Q.    Okay.  Is it your understanding that if

6 police officers did tell people to leave the area,

7 that people would be free to disregard those

8 instructions?

9        MR. CRAIG:

10            I object to the form, but you may

11        answer.

12        THE WITNESS:

13            Could you ask the question again?

14 BY MR. FAHRENHOLT:

15    Q.    Okay.  If police officers had given

16 orders to people gathered there to leave the area,

17 is it your understanding that people could just

18 choose to disregard those orders?

19    A.    No.  I don't -- I mean, no.  I mean, I

20 guess if they're doing something they're not

21 supposed to and the police officer says, "You have

22 to leave," then I suppose you have to leave.

23    Q.    Okay.

24    A.    I mean, it's -- the question is all

25 encompassing.  If someone's not doing anything

1    wrong, then, no, they don't have to leave.

2        Q.    Okay.   Now, you gave people permission

3    to be in your yard, correct?

4        A.    Yes.

5        Q.    Okay.   Who did you speak to to give

6    permission to be in your yard?

7        A.    I -- let me make sure I understand the

8    question.

9        Q.    Yes.

10       A.    You're asking me who did I ask

11    permission -- did I ask permission to someone else

12    to give permission to people to be in my yard --

13       Q.    Let me ask you --

14       A.    -- or did I ask directly --

15       Q.    Let me try to ask it this way, because

16    you're correct.   That was a bad question.   It's

17    not my first and it won't be my last bad question.

18    How did you relay to the people gathered in front

19    of your home that they had your permission to

20    enter your property?

21       A.    Initially I told them, "Come on my

22    property."

23       Q.    Okay.   And that applied to everyone

24    who's in the area?   Everyone had permission to

25    come onto your property?

1      A.    Not initially.

2      Q.    Okay.  When did that change?

3      A.    When I saw -- when I saw the growing

4    number of police officers as they were gathering

5    on the street parallel to East, but adjacent to I

6    guess the service road, as I saw the number of

7    them growing in full riot gear with assault

8    rifles, then my anxiety spiked and we were

9    pointing, you know, towards there, and I just

10   said, "You guys come."

11       And then people were, you know, jumping over

12   the fence and I said -- and I had other people who

13   were already in the yard and I said, "You know,

14   around the fence and into the yard," and so that

15   was the chance so they could just come in.

16       Q.    Okay.

17       A.    So then it became anyone who came in.

18       Q.    Do you have any way to estimate how many

19   people would have been in your yard at its peak?

20       A.    I really don't have an exact way to

21   estimate, but if I had to take an estimate, maybe

22   100, 150.  I don't -- I don't really know.

23       Q.    But all of those people were on your

24   property with your permission; is that correct?

25       A.    Absolutely.

1    that being the case?

2        A.    No.

3        Q.    So again, if someone was to go testify

4    to that on your behalf, it wouldn't be correct?

5        A.    No.  I don't have any knowledge of

6    that.

7        Q.    Okay.  Let's see.  At another point in

8    this complaint, it's paragraph 341, it discusses

9    that you realize the protesters were trapped on

10   East Boulevard.  You see that?

11       A.    Uh-huh (affirmative response).

12       Q.    Is it your understanding that they were

13   trapped on East Boulevard and that they had no way

14   to leave?

15       A.    Yes.

16       Q.    And why is that your understanding?

17       A.    Because of the formation that the police

18   officers who were in full riot gear had taken.

19       Q.    Okay.  And can you describe that

20   formation?

21       A.    They were on the opposite side of

22   East Boulevard and they lined up, you know, in the

23   blocks across the street just -- I mean, they

24   covered the whole -- you know, in people's

25   yards.

1    Q.   Okay.  Were they blocking France Street

2  to the rear of your house?

3    A.   Oh, I don't know.

4    Q.   You don't know.  Okay.  Do you know if

5  any of the protesters who were out there were able

6  to leave the area?

7    A.   No.  I don't know.

8    Q.   Okay.  Moving on a little bit,

9  paragraph 347, it describes,

10            "At approximately 7:30 p.m., a megaphone

11            from where the various defendants were

12            assembled announced, 'This is no longer

13            a peaceful protest and/or this is no

14            longer a lawful protest.'"

15  My question is, did you personally hear either of

16  those announcements?

17    A.   No.

18    Q.   Okay.  One other thing I did want to ask

19  you about, paragraph 351, it states,

20            "At that point Ms. Batiste-Swilley is

21            familiar with and recognizing the

22            military flanking maneuvers the

23            defendants were doing," et cetera,

24  do you have military experience?  I should have

25  asked that at the beginning.

1       A.    Yes.

2       Q.    Okay.  What is your military

3  experience?

4       A.    I was in the United States Air Force.

5       Q.    Okay.  For what time period?

6       A.    '85, I think, to '87.  '85 or either

7  early '86 to '87.

8       Q.    In your experience with the Air Force,

9  had you ever seen formations like these?

10      A.    Not like these, specifically, but I

11  understand -- and I'm a military -- like I like,

12  you know, military-style movies, you know, and I

13  also like documentaries and things like that, so I

14  under -- you know, I understand that movement.

15      Q.    Okay.  Do you have any understanding of

16  what the purpose of that movement is?

17      A.    Not in a technical sense.

18      Q.    Okay.  In a nontechnical sense, do you

19  have an understanding?

20      A.    Yes.

21      Q.    Okay.

22      A.    To ensure their position in such a way

23  that once they move into -- or move forward that

24  they're in the best possible position to deal with

25  whomever they're, you know, focused on engaging.

1    Q.    Okay.  We've had testimony from some

2  trooper defendants that the purpose of this

3  formation was to try to push people out of the

4  area and to push them back and down France Street

5  and away from the interstate.  Do you have any

6  understanding of that being the use of this

7  formation --

8    A.    No.

9    Q.    -- based on your military experience.

10  Okay.  I'll take this back off.  Now, I'm going to

11  ask you some questions about the time period after

12  law enforcement began to enter your yard.  I

13  understand at some point law enforcement officers

14  went up onto your porch; is that correct?

15    A.    Yes.

16    Q.    Okay.  And, again, I know this was all

17  chaotic and it's been five and a half years so,

18  you know, do you recall how many law enforcement

19  officers went onto your porch?

20    A.    No.

21    Q.    Did you happen to notice what agency

22  those officers were with?

23    A.    No.

24    Q.    Do you have any knowledge, as we sit

25  here today, that any Louisiana State Police

1   troopers went up onto your porch?

2       A.    Yes.

3       Q.    You do.  How many Louisiana State Police

4   troopers did you see go onto your porch?

5       A.    There was no way for me to determine

6   that.

7       Q.    Okay.  More than one?

8       A.    There's no way for me to determine

9   that.

10      Q.    Okay.  And why is there no way for you

11  to determine that?

12      A.    Because by and large, at 5'5", 5'5 1/2",

13  most of the gentlemen were taller than me.

14  Secondly -- and because of what I had seen was

15  mostly gentlemen.  Secondly, there were hundreds

16  of them.  There were several people already in

17  my -- you know, I told you how many people were in

18  my yard.

19      And finally, when you look at gear, there's --

20  unless you're very specifically knowledgeable

21  about the gear that each one of the departments

22  wear, there's no way for me to make that

23  determination.  I just don't have the knowledge

24  base to do that.  How would I know that?

25      Q.    But you testified earlier that you knew

1    that Louisiana State Police troopers were on your

2    porch, or am I mischaracterizing that?

3         A.   I think you're mischaracterizing it.

4         Q.   Okay.  I'll try asking it again, then.

5    Do you know whether or not any of the officers on

6    your porch were Louisiana State Police troopers?

7         A.   I believe that they were, based upon

8    what how things unfolded, yes.

9         Q.   Okay.  And can you just explain for me a

10   little more the basis of your belief that any of

11   those officers on your porch were Louisiana State

12   Police troopers?

13        A.   Because of the dense concentration of

14   the police officers that were in my lawn.  You

15   have to understand how many -- we're talking about

16   hundreds of police officers, so however many

17   hundreds of police officers that were there.

18        Q.   Excuse me.  I just --

19        A.   That's all right.  That were there.

20   They were, you know, throughout my entire yard,

21   like the entire yard.  So that's why I believe

22   that.

23        Q.   Okay.  And I think I asked the question

24   how many troopers you thought were on your porch.

25   Is there any way for you to give any estimate of

1    how many law enforcement officers, period,

2    regardless of what agency they were from, came

3    onto your porch?

4        A.   No, not unless I -- they paused to allow

5    me to count them, but that wasn't the

6    circumstances, so --

7        Q.   I understand.  I just -- I have to ask

8    the question.  I didn't expect you to know.  Can

9    you describe the interactions that you had with

10   the officers that came up onto your porch?

11       A.   Sure.  Their right shield -- shields

12   were pushing us against the wall of my home, and I

13   was telling them, "I live here.  I don't want them

14   here."  And their one response -- one of the

15   responses was, "Well, then go in your f'g house."

16       I said, "I don't want you here and I don't

17   have to go in my home.  This is my house.  This is

18   my property.  I need you to leave."  And then

19   after that point, it was just no response, other

20   than the one that I just told you I received.

21       Q.   What happened after that?

22       A.   They just continued to push us.

23       Q.   Okay.  Did you then enter your home at

24   some point?

25       A.   Yeah.  I mean, I didn't enter it, but I

1   officers who were on your porch?

2       A.   Yes.

3       Q.   Okay.  As we sit here today, are you

4   aware of whether any of the videos or photographs

5   you've reviewed show Louisiana State Police

6   troopers specifically on your porch?

7       A.   I never looked at them with that

8   intent.

9       Q.   Okay.  In your complaint, you describe

10  seeing force used against various protesters that

11  were on your lawn.  Can you just describe what you

12  saw happening to other people on your property?

13      A.   I saw people saying, "Stop.  You know,

14  this is private property," holding their hands up

15  like this and being grabbed and pushed to the

16  ground or slammed to the ground (indicating).

17  Either pushed or slammed.

18      Q.   Do you know who any of those people are?

19  Were any of them your students that you knew

20  specifically?

21      A.   I don't remember -- recall.  I don't

22  recall that in that specific way.

23      Q.   Okay.  Were you arrested?

24      A.   No.

25      Q.   Was your daughter arrested?